# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Roderick Grant,                              )<br>                                                       )<br>            Plaintiff,                           )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>Tech Mahindra (Americas), Inc.,       )<br>                                                       )<br>            Defendant.                         ) | **ORDER ADOPTING STIPULATION**<br><br>Case No. 3:18-cv-171 |

Before the Court is a "Stipulation of Dismissal with Prejudice" filed on May 21, 2020. Doc. No. 60. The Court **ADOPTS** the stipulation (Doc. No. 60) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 22nd day of May, 2020.

                                                                              */s/ Peter D. Welte*
                                                                              Peter D. Welte, Chief Judge
                                                                              United States District Court